551 FIFTH AVENUE, INC., Appellant, *v.* KATHRINE WELLINGBROOK and Eleven Other Proceedings by Landlord-Appellant against Other Tenants, Respondents.

Argued October 10, 1951; decided December 6, 1951.

718

*Alexander Pfeiffer, Kenneth C. Newman* and *Benjamin Newman* for appellant.

*Irving L. Kalish* and *William M. Kufeld* for Kathrine Wellingbrook and others, respondents.

*Barnett Dornbush* and *Charles Wayne* for Emil Leichter and another, respondents.

Order affirmed, with one bill of costs to respondents; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.